## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DENNIS WORKMAN,

    Plaintiff,

v.                           Case No: 8:22-cv-0136-KKM-JSS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

The Social Security Commissioner filed an unopposed motion for entry of judgment with remand, which was referred to the Magistrate Judge for a report and recommendation. (Doc. 17.) The Magistrate Judge recommends that the Court grant the motion. (Doc. 18.) After a complete review, the Court agrees with the Magistrate Judge that the unopposed motion is due to be granted.

Accordingly, the following is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation (Doc. 18) is **ADOPTED** and made a part of this Order for all purposes.

2.     The Commissioner's unopposed Motion for Entry of Judgment with Remand (Doc. 17) is **GRANTED**. The Commissioner's decision is

REVERSED and the case is **REMANDED** to the Commissioner for further administrative consideration pursuant to sentence four of 42 U.S.C. § 405(g) and this Order.

3.   The Clerk is directed to **ENTER JUDGMENT** in Plaintiff's favor, to **TERMINATE** all other pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on August 24, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**

2