UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS WORKMAN,

    Plaintiff,

v.                                                                          Case No: 8:22-cv-0136-KKM-JSS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

The Social Security Commissioner filed an unopposed motion for entry of judgment with remand, which the Court granted. (Doc. 19.) Dennis Workman then filed an unopposed motion for attorney's fees. (Doc. 21.) The Magistrate Judge recommends that the motion be granted. (Doc. 22.) After a complete review, the Court agrees with the Magistrate Judge that the unopposed motion is due to be granted.

Accordingly, the following is **ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 22) is **ADOPTED** and made a part of this Order for all purposes.

2. Workman's unopposed Motion for Fees (Doc. 21) is **GRANTED.**

3. Workman is awarded attorney's fees in the amount of $5,701.61 under the Equal Access to Justice Act. Fees are payable directly to Workman's counsel if the Commissioner determines that Workman does not owe a debt to the government.

**ORDERED** in Tampa, Florida, on December 1, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge